IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 14-cr-00396-PAB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. DELANO MARCO MEDINA,

      Defendant.
_____

**ORDER**
_____

      This matter comes before the Court on the Motion for the Appointment [of] Appellate Counsel [Docket No. 212], wherein the defendant, through his stand-by counsel, asks this Court to appoint appellate counsel.  Mr. Banta's appointment as stand-by counsel continues during appeal unless he seeks leave to withdraw.  *See* 10th Cir. R. 46.3(A).  If the defendant is seeking the appointment of an appellate attorney to represent him, he must file a motion in the Tenth Circuit.  *See*, *e.g.*, 10th Circuit Criminal Justice Act Plan, § II.  This Court does not need to determine whether he is indigent since, absent a change of financial circumstances, any determination that a person is eligible for CJA counsel made in the district court shall continue on appeal.  *Id.*  Wherefore, defendant's Motion for the Appointment [of] Appellate Counsel [Docket No. 212] is denied.

DATED December 22, 2017.

BY THE COURT:


  s/Philip A. Brimmer
_____
PHILIP A. BRIMMER
United States District Judge